1  CRAIG C. DANIEL (212588)
   MATTHEW J. GLUCK (221571)
2  JACOB ROSSMAN (286820)
   GLUCK DANIEL LLP
3  One Sansome Street, Suite 720
   San Francisco, CA 94104
4  Telephone    415-510-2114
   Facsimile    415-510-2208
5  Email        litigation@gluckdaniel.com

6  Attorneys for Defendant ALTROOZ, INC.

7

                    UNITED STATES DISTRICT COURT
8
                FOR THE NORTHERN DISTRICT OF CALIFORNIA
9

10

11 | ALTROOZ, INC., a Delaware Corporation,    | Case No.: 16-cv-07110-JD
12 |            Plaintiff,                     | **NOTICE OF VOLUNTARY DISMISSAL**
13 |      v.                                   |
14 | THOMSON REUTERS (MARKETS) LLC,            |
   | a Delaware limited liability company d/b/a |
15 | REUTERS TV,                               |
16 |            Defendant.                     |

17

18      TO THE HONORABLE COURT, ALL PARTIES HEREIN AND THEIR RESPECTIVE

19 COUNSEL OF RECORD:

20      Plaintiff Altrooz, Inc. voluntary dismiss this lawsuit pursuant to Federal Rule of Civil

21 Procedure 41(a)(1)(A)(i). Such dismissal shall be without prejudice, with each side to bear its own

22 costs and fees.

23
   Dated: February 24, 2016
24

25
                                        /s/ Craig C. Daniel
26                                      Craig C. Daniel
                                        *Attorneys for Plaintiff*
27                                      *Altrooz, Inc.*

28

# PROOF OF SERVICE

I, **Lis Ungareti Bastos**, declare as follows: I am a resident of the United States, over the age of eighteen years and not a party to the within entitled action. My business address is Gluck Daniel LLP, One Sansome Street, Suite 720, San Francisco, California 94104. On **February 24, 2017** I served the attached paper identified below on the interested parties in said action, by placing a true copy thereof in sealed envelope(s) addressed as indicated and served the named document in the manner indicated below

**NOTICE OF VOLUNTARY DISMISSAL**

Service upon:

| Thomas R. Burke<br>Davis Wright Tremaine LLP<br>505 Montgomery Street, Suite 800<br>San Francisco, CA 94111<br>Email: thomasburke@dwt.com<br>*Attorneys for Thomson Reuters (Markets) LLC* | |
|---|---|

☒ **BY MAIL**: I caused true and correct copies of the above document(s) to be served by mail on the above date by personally placing and sealing said document(s) in an envelope or package suitable for mailing, addressed to the addressee(s) and including this firm's return address, and then, following ordinary office practice, placing said sealed envelope in the office's usual location for collection and mailing with the United States Postal Service.

☐ **BY NEXT-DAY OVERNIGHT SERVICE**: I caused true and correct copies of the above document(s) to be placed within a sealed envelope or other package suitable for overnight shipment, addressed to the addressee(s) and including this firm's return address, and delivered on the date stated above to an overnight delivery service for delivery to the addressee(s) on the following business day.

☐ **BY HAND DELIVERY**: I caused true and correct copies of the above document(s) to be placed within a sealed envelope or other package suitable for handling by a messenger or courier service and then caused the package to be hand-delivered by a same-day messenger service to the addressee(s) on this date.

☐ **BY FACSIMILE**: I caused true and correct copies of the above document(s) to be sent via facsimile to the addressee(s) on this date. The facsimile machine used complies with California Rule of Court 2003(3) and no error was reported by the sending facsimile machine. The transmission record for this facsimile complies with California Rule of Court 2003(6).

☐ **BY EMAIL**: I caused true and correct copies of the above document(s) to be sent via email to the addressee(s) on this date. I did not receive a notice indicating delivery failure.

☐ **BY E-SERVICE**: I caused true and correct copies of the above document(s) to be sent via electronic transmission through the Court's E-service vendor in conformity with San Francisco Superior Court Local Rule 2.10 in transaction number XXX.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed **February 24, 2017**, at San Francisco, California.

*/s/ Lis Ungareti*
_____
Lis Ungareti Bastos